O'HARE PARNAGIAN LLP
Robert A. O'Hare Jr. (RO 6644)
Andrew C. Levitt (AL 8183)
82 Wall Street, Suite 300
New York, NY 10005-3686
(212) 425-1401
(212) 425-1421 (facsimile)

APPEL & LUCAS, P.C.
Peter J. Lucas (PL 9536)
1917 Market Street, Suite A
Denver, CO 80202
303-297-9800
866-849-8016 (f)

Attorneys for Plaintiff
Franklin Credit Management Corporation

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                     :
FRANKLIN CREDIT MANAGEMENT           :
CORPORATION,                         :
                                     :   No.
                    Plaintiff,       :   ECF Case
                                     :
         -against-                   :
                                     :   **Rule 7.1 Statement**
PINE STATE MORTGAGE CORPORATION,     :
                                     :
                    Defendant.       :
------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for plaintiff certifies that FRANKLIN CREDIT MANAGEMENT CORPORATION has no parent corporation and no public corporation owns 10% or more of it stock.

Dated: New York, New York
      March 10, 2008

O'HARE PARNAGIAN LLP

_____
Robert A. O'Hare (RO 3686)
Andrew C. Levitt
82 Wall Street, Suite 300
New York, NY 10005
(212) 425-1401
(212) 425-1421 (facsimile)

Attorneys for Plaintiff
Franklin Credit Management Corporation