```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANKLIN CREDIT MANAGEMENT )
CORPORATION,                )
                            )    08 Civ. 2430 (SHS)
            Plaintiff,      )
                            )
    v.                      )
                            )    **STIPULATION**
PINE STATE MORTGAGE         )
CORPORATION,                )
                            )
            Defendant.      )
_____)

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, that the time for Defendant to answer, move or otherwise respond to the Complaint in this action shall be extended until and including Wednesday, April 30, 2008. It is further stipulated and agreed that Defendant waives its objections to service of process but preserves all other objections and defenses, including those based on personal jurisdiction.

Dated: New York, New York
       April 7, 2008

O'HARE PARNAGIAN LLP

By: _____
    Robert A. O'Hare Jr. (RO 6644)
82 Wall Street, Suite 300
New York, New York 10005
Tel: 212-425-1401
Fax: 212-425-1421

*Attorneys for Plaintiff*
*Franklin Credit Management Corporation*

VENABLE LLP

By: _____
    Edward P. Boyle  (EB 1294)
1270 Avenue of the Americas, 25th Floor
New York, New York 10020
Tel: 212-307-5500
Fax: 212-307-5598

*Attorneys for Defendant*
*Pine State Mortgage Corporation*

SO ORDERED 4/9/08

_____
SIDNEY H. STEIN
U.S.D.J.