Edward P. Boyle, Esq.
Brian Maddox, Esq.
VENABLE, LLP
Rockefeller Center, 25th Floor
1270 Avenue of the Americas
New York, New York 10020

*Attorneys for Pine State Mortgage Corp.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Franklin Credit Management Corp., | ) |
| Plaintiff, | ) |
| v. | ) **Notice of Appearance** |
| | ) 08-CV-2430 (SHS) |
| Pine State Mortgage Corp., | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that I and the undersigned law firm have been retained by Pine State Mortgage Corp. I certify that I am admitted to practice in this court.

Dated: New York, New York
April 08, 2008

_____
Edward P. Boyle (EPB-1294)
Brian Maddox (BDM-6128)
VENABLE LLP
Rockefeller Center, 25th Floor
1270 Avenue of the Americas
New York, NY 10020
(212) 307-5500

*Attorneys for Pine State Mortgage Corporation*