IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANKLIN CREDIT MANAGEMENT CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> PINE STATE MORTGAGE CORP., <br><br> *Defendant.* | 08-CV-2430 (SHS) |

### RULE 7.1 DISCLOSURE STATEMENT
### OF PINE STATE MORTGAGE CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Pine State Mortgage Corporation ("Pine State") discloses that it is not a public corporation, has no parent corporation, and that no publicly held corporation owns 10% or more of Pine State's stock.

Dated: New York, New York
April 22, 2008

VENABLE LLP

By: *[signature]*
Edward P. Boyle (EB-1294)
Brian Maddox (BM-6128)
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, NY 10020
Tel: (212) 307-5500
Fax: (212) 307-5598

*Attorneys for Pine State Mortgage Corporation*