UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANKLIN CREDIT MANAGEMENT CORP., )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>PINE STATE MORTGAGE CORP., )<br>)<br>*Defendant.* )<br>) | 08-CV-2430 (SHS) |

## CERTIFICATE OF SERVICE

I, Brian Maddox, hereby certify that on the 30th day of April 2008, caused a copy of Defendant Pine State Mortgage Corporation's Answer and Counterclaim to be filed electronically with the Clerk of the District Court using the CM/ECF system, which served notice of such filing upon the following:

Robert A. O'Hare, Jr.
Andrew Charles Levitt
82 Wall Street, Suite 300
New York, NY 10005

*Attorneys for Plaintiff Franklin Credit
Management Corporation*

A hard copy of Pine State Mortgage Corporation's Answer and Counterclaim were sent by first class U.S. Mail, postage prepaid, to:

Peter J. Lucas
Doherty, Rumble & Butler, P.C.
1917 Market Street
Suite A
Denver, CO 8020

*Attorney for Plaintiff Franklin Credit
Management Corporation*

_____
Brian Maddox (BM-6128)

Dated: New York, New York
      April 30, 2008