```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
FRANKLIN CREDIT MANAGEMENT
CORPORATION,

       Plaintiff,

 - v -

PINE STATE MORTGAGE CORPORATION,

       Defendant.
---------------------------------- x

No. 08 Civ. 2430 (SHS)

PROPOSED CASE
MANAGEMENT PLAN AND
SCHEDULING ORDER

SIDNEY H. STEIN, District Judge:

  At the conference before the Court held on May 9, 2008, this Case Management Plan and Scheduling Order was adopted in accordance with Rules 16-26(f) of the Federal Rules of Civil Procedure.

1.  The parties do not consent to disposition of this case by a Magistrate Judge, pursuant to 28 U.S.C. § 636(c).

2.  Plaintiff has demanded trial by jury on all issues.

3.  Initial disclosures pursuant to Rule 26(a)(1) to be served by May 23, 2008.

4.  Joinder of additional parties no later than July 31, 2008.

5.  All fact discovery is to be completed by December 12, 2008.

6.  The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided the parties meet the end date for discovery completion in ¶ 7 below:

  a. Initial requests to parties for production of documents to be served by June 13, 2008.

  b. Interrogatories to be served by June 27, 2008.

  c. Party depositions to be completed by October 31, 2008.

    d. Non-party depositions and document discovery to be completed by December 5, 2008.

        i. Unless the parties agree or the Court so orders, non-party depositions shall follow initial party depositions.

    e. Requests to Admit to be served no sooner than September 5, 2008, and no later than December 5, 2008.

    f. Plaintiff's initial expert reports due December 19, 2008.

    g. Depositions of plaintiff's experts to be completed by January 16, 2009.

    h. Defendant's initial expert reports due January 23, 2009.

    i. Depositions of defendant's experts to be completed by February 20, 2009.

    j. Plaintiff's rebuttal expert reports due March 6, 2009.

    k. Depositions of plaintiff's rebuttal experts to be completed by March 20, 2009.

7. All discovery is to be completed by March 20, 2009.

8. The Court will schedule a post-discovery status conference (see ¶ 12) within three weeks of the close of all discovery.

9. The parties shall submit a Joint Pretrial Order prepared in accordance with the undersigned's Individual Practice Rule 3 and Rule 26(a)(3).

10. The parties have conferred and their present best estimate of the length of trial is one (1) week.

11. *[handwritten]* Mid discovery status conf Sept 17 at 11 A.M.

**TO BE COMPLETED BY THE COURT:** *[struck through]*

11. [Other directions to the parties:]

12. The post-discovery status conference is scheduled for _____ at _____.

SO ORDERED.

DATED:    New York, New York
             May 9, 2008

                                            SIDNEY H. STEIN
                                            UNITED STATES DISTRICT JUDGE