UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FRANKLIN CREDIT MANAGEMENT
CORPORATION,

                Plaintiff,

-against-

PINE STATE MORTGAGE CORPORATION,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. 2430 (SHS)

## CERTIFICATE OF SERVICE

    I, Jennifer Fraser, hereby certify that on the 20th day of May 2008, I caused a copy of Plaintiff Franklin Credit Management Corporation's **ANSWER TO COUNTERCLAIM** to be filed electronically with the Clerk of the District Court using the CM/ECF system, which served notice of such upon the following:

        Edward Patrick Boyle, Esq.
        Brian David Maddox, Esq.
        Venable LLP
        1270 Avenue of the Americas, 25th Floor
        New York, New York 10020
        *Attorney for Defendant*

                                                      _____
                                                      Jennifer Fraser

Dated: New York, New York
          May 20, 2008