```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FRANKLIN CREDIT MANAGEMENT CORP.,   :   08 Civ. 2430 (SHS)

                     Plaintiff,   :

        -against-   :   ORDER OF DISMISSAL

PINE STATE MORTGAGE CORP.,   :

                     Defendant.   :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present, and the parties having notified the Court that this case has been settled,

      IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 30 days of this Order, any party may reinstate this action if the terms of the settlement are not effectuated within that time.

Dated: New York, New York
       February 6, 2009

                                        SO ORDERED:

                                        _____
                                        Sidney H. Stein, U.S.D.J.